United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| MARCO ANTONIO MENDOZA-HERNANDEZ, <br> "Plaintiff," <br> v. <br><br> ALEJANDRO MAYORKAS, <br> "Defendant." | § § § § § § § <br><br> Civil Action No. 1:23-cv-00086 |

### ORDER

The Court ordered Plaintiff to show good cause no later than October 13, 2023, for failing to timely serve Defendant, or the Court would dismiss this case under Fed. R. Civ. P. 4(m) and 41(b). Dkt. No. 6. Plaintiff failed to file a written response. For this reason, this case is **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close the case.

Signed on this 19th day of October, 2023.

Rolando Olvera
United States District Judge